# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-2809
_____

Paul William Criswell

*Plaintiff - Appellant*

v.

City of Bryant; Bryant Police Department; Does, 15, City of Bryant Mayor, Bryant
Police Chief, Police Officer, Patrol and Shift Lieutenant

*Defendant*s

Nathan Johnston, Patrol Officer, Bryant Police Department

*Defendant - Appellee*

Brian Clary, Deputy Prosecuting Attorney; Gina Reynolds, Attorney, Public
Defender's Office

*Defendant*s
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: August 7, 2024
Filed: August 12, 2024
[Unpublished]
_____

Before SMITH, BENTON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Paul Criswell appeals the district court's[1] adverse grant of summary judgment in this 42 U.S.C. § 1983 action. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

After careful de novo review of the record and the parties' argument on appeal, we affirm for the reasons stated by the district court. *See Sterling v. Bd. of Trs. of Univ. of Ark.*, 42 F.4th 901, 904 (8th Cir. 2022) (standard of review).

The pending motion is denied and the judgment is affirmed. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.